950 A.2d 261

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Hector A. BORRERO, Petitioner.**

**No. 89 EM 2005.**

Supreme Court of Pennsylvania.

April 21, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of April, 2008, as Petitioner is no longer held in pretrial detention, the Petition for Review is **DISMISSED AS MOOT.**

950 A.2d 261

**Michael W. HORTON, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 8, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of May, probable jurisdiction is noted and the order of the Commonwealth Court is affirmed.